# TRUSTEE'S CONFIRMATION REPORT –4/24/17

**DEBTOR:** Helen M. Hale  **CASE NO.:** 16-21101-PRW
**ATTORNEY:** William Sedor, Esq.  **ATTORNEY FEES:** $2,750
  **Additional Attorney Fees:** $

I. **TRUSTEE RECOMMENDATION:** \_\_\_\_\_ Plan Recommended  **X** Plan Not Recommended

II. **PLAN FILED DATE:** 10/13/16 and as by amendment to plan filed 3/31/17 (ECF BK Nos. 14, 34)

A. **PAYMENTS:** $ 800  per monthly voluntarily

B. **REPAYMENT:**
   To secured creditors $23,884  with interest $ 31,383
   To priority creditors $0
   To unsecured creditors $1,436  100 %
   General unsecured debt $1,436
   Duration of Plan  5  years
   Total Scheduled Debt $109,001  incl. mortgages

C. **FEASIBILITY:**
   Monthly Income $3,613  (net) $ 4,135  (gross)
   Less Estimated Expenses $2,845
   Excess for Wage Plan $768

D. **OBJECTIONS to Confirmation:**
   **Select Portfolio Servicing, Inc.** –The plan does not address their arrearage proof of claim.  ECF BK No. 29.

   **New York State Taxation** – See objection. ECF BK No. 19.

   **Trustee** –
   Ms. Hale must address the objections filed by Select Portfolio and New York State Taxation & Finance.

E. **Other comments:**
   ☐ risk factor 3 because of prior bankruptcies
   ☐ need judgments removed  ☐ need mortgages eliminated
   ☐ need appraisals of real estate and personal property  ☐ need motions to value collateral
   ☐ need certification of post petition DSO payments.  ☐ need proof of surrender efforts
   ☒ other: The above figures assumes payment of the secured claims as filed with their proper rates of interest.

## III. TREATMENT OF SECURED CLAIMS/LEASE ARREARS: [Interest rate unless otherwise stated: %]

| Creditor | Amt of Claim | Security Claimed | Perfected | Plan Treatment | Monthly Pmt |
|---|---|---|---|---|---|
| Select Portfolio | $84,175.92 | Mtg. Arrears | Yes | $9,292 + 0% (POC: $19,984.35) | $155 |
| ATF | $12,642.44 | R/P Taxes | Yes | Full + 18% | $322 |
| NYS Dept. of Tax | $9,231.95 | Warrant | 03/11/16 | $2,000 | $34 |

## IV. SPECIAL PLAN PROVISIONS:

A. CLASSIFICATION of unsecured creditors: *Not applicable*
   - Class 1:  % $
   - Class 2:  % $
   - Class 3:  % $

B. Rejection of executory contracts:

C. Other Plan Provisions:

## V. BEST INTEREST TEST:
A. All assets were listed.
B. Total market value of assets: $ 34,713
   - Less valid liens $ 26,273
   - Less exempt property $ 6,865
   - (Available for judgment liens )
   - Subtotal $ 1,575
   - Less est. Chapter 7 fees $ 394
C. Total available in liquidation $ 1,181
D. Best interests including present value $ 1,329
   - Less priority claims $ 0
   - (Support $     )
E. Amount due to unsecured $ 1,329
F. Amount to be distributed to unsecured creditors $ 1,436
G. Nature of major non-exempt assets:

## VI. OTHER:
A. Debtor(s) states that the plan is proposed in good faith with intent to comply with the law.
B. Debtor(s) states that to the best of its knowledge there are no circumstances that would affect the ability to make the payments under the plan.
C. (If a business) The Trustee has investigated matters before him relative to the condition of debtor's business, and has not discovered any actionable causes concerning fraud, dishonesty, incompetence, misconduct, mismanagement or irregularities in managing said business.
D. Debtor requests no wage order because: _____ disability or retirement, _____ self employed, _____ risk of job loss, _____ other
E. Converted from Chapter 7 because: Non Applicable.

/S/_____
GEORGE M. REIBER, TRUSTEE